UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
FRESNO DIVISION



FILED

DEC 1 4 2016

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA

UNDISTRIBUTED BALANCE

TO:            CLERK, U.S. BANKRUPTCY COURT

FROM:          MICHAEL H. MEYER, CHAPTER 13 TRUSTEE

DATE:          DECEMBER 12, 2016

DEBTOR(S):     JOSEPH M DIAZ

CASE NUMBER:   15-13381

AMOUNT:        $3859.50

Unclaimed money: TREASURY REGISTRY

Transmitted herewith is a check in the above amount for deposit with the Court as undistributed balance in the above named case. (Make check payable to "Clerk, U.S. Bankruptcy Court" and attach check to form.)

EXPLANATION OF SOURCES:

UNCLAIMED DEBTOR FUNDS

JOSEPH M DIAZ
3163 EAST BALCH AVENUE
FRESNO, CA 93702

TRUSTEE